DOUGLAS C. FOSTER, CA #205674
Law Offices of Douglas C. Foster
139 W. El Portal Dr.; Suite D
Merced, CA 95348
Telephone: (209) 691-7280
Fax: (209) 691-7290

Attorney for Defendant
TANNER HERNANDEZ-FIELDS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00316-ADA |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO RE-SET DEADLINES FOR OBJECTIONS. |
| CHAD ALVES, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, to continue sentencing in this matter until January 30, 2023. In light of the new sentencing date, counsel further requests that the deadline for filing objections be reopened, and new dates set as follows:

    1/3/2023:    Informal objections due.
    1/9/2023:    Final Revised PSR filed with the Court and parties.
    1/17/2023:    Formal objections filed with the Court.
    1/30/2023:    Sentencing.

Counsel for the government and the assigned USPO have no objection to the reopening the informal objections process or to the proposed schedule.

IT IS SO SIPULATED:

        PHILLIP A. TALBERT
        United States Attorney

DATED: 11/8/2022        /s/  Stephanie Stokman
        STEPHANIE STOKMAN
        Assistant United States Attorney
        Attorney for Plaintiff

DATED: 11/8/2022        /s/ Douglas Foster
        DOUGLAS C. FOSTER
        Law Offices of Douglas C. Foster
        Attorney for Defendant
        CHAD ALVES

## ORDER

IT IS SO ORDERED that the deadlines for the filing of objections shall be reopened and the schedule for filing be reset as follows:

    1/3/2023    Informal objections due.
    1/9/2023:    Final Revised PSR filed with the Court and parties.
    1/17/2023:    Formal objections filed with the Court.
    1/30/2023:    Sentencing.

IT IS SO ORDERED.

Dated:   November 9, 2022

UNITED STATES DISTRICT JUDGE