DOUGLAS C. FOSTER, CA #205674
Law Offices of Douglas C. Foster
3185 M Street; Suite 200
Merced, CA 95348
Telephone: (209) 691-7280
Fax: (209) 691-7290

Attorney for Defendant
CHAD ALVES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHAD ALVES,<br><br>Defendant. | Case No. 1:21-cr-00316<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the in-person sentencing hearing in the above-captioned matter now set for January 30, 2023, may be continued to February 21, 2023, at 8:30 a.m.

Defense counsel has been unable to meet with his client in advance of the sentencing hearing to review the contents of the pre-sentence report. Counsel for the government and the assigned USPO have no objection to the requested date. As this is a sentencing hearing, no exclusion of time is necessary under the Speedy Trial Act.

IT IS SO SIPULATED:

          PHILLIP A. TALBERT
          United States Attorney

DATED: 1/25/2023          /s/ Stephanie Stokman
          STEPHANIE STOKMAN
          Assistant United States Attorney
          Attorney for Plaintiff

DATED: 1/25/2023          /s/ Douglas Foster
          DOUGLAS C. FOSTER
          Law Offices of Douglas C. Foster
          Attorney for Defendant
          CHAD ALVES

## **ORDER**

IT IS SO ORDERED that the sentencing hearing in the above-captioned case shall be continued to February 21, 2023, at 8:30 a.m. for an in-person sentencing.

IT IS SO ORDERED.

Dated:  January 25, 2023

          UNITED STATES DISTRICT JUDGE